

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*Appeals Division*

*Norman Gross*
*Assistant U.S. Attorney*
*norman.gross@usdoj.gov*

*401 Market Street*
*Camden, New Jersey 08101*

*Phone: (856) 968-4930*
*Fax: (856) 968-4917*

July 18, 2012

**By Hand**
**Honorable Robert J. Kugler**
**Room 6040, Mitchell H. Cohen Federal Courthouse**
**One John F. Gerry Plaza, 400 Cooper Street**
**Camden, NJ 08101**

Re: <u>**United States v. Scarfo et al.**</u>
    **Crim. No. 11-740 (RBK)**

Dear Judge Kugler:

On June 19, 2012, defendants David Adler, Howard Drossner, William Handley, Gary McCarthy, and Donald Manno timely filed their motions for severance in this case. The Government's joint response to all of those motions was due 30 days later, on July 20. Thereafter, defendant John Parisi obtained an extension of time to file his severance motion, and filed it on July 2.

Although the Government has prepared a draft of its joint response to all of the defense motions, it requests a one-week extension of time, until July 27, to complete and file that response. Assistant United States Attorney Howard Weiner was will not return from vacation until today, and the undersigned will be out of the office on Friday, July 20 and Monday, July 23. In addition, the United States Attorney's Office has selected this week to replace the computers of its attorneys in the Camden Office. An extension until July 27 will allow Mr. Weiner to provide his input into the draft response and for the undersigned to make any final revisions to the brief early next week, after the new computers have been installed and hopefully, de-bugged.

Respectfully submitted,

Paul J. Fishman
U.S. Attorney

by:    /s/Norman Gross
       Assistant U.S. Attorney

*So ordered this*
*18th day of July 2012*

cc: all counsel of record, by ECF